IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHEANETER J. BOGAN                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:14CV225-SA-DAS

MTD CONSUMER GROUP, INC.                                                     DEFENDANT

FINAL JUDGMENT

This case was tried by a jury with the undersigned judge presiding, and the jury has rendered a verdict. The Court hereby orders that judgment be entered in favor of the Plaintiff and awarded $1.00.

SO ORDERED, this the 20th day of January, 2017.

                                                             **/s/ Sharion Aycock**
                                                             **U.S. DISTRICT JUDGE**