IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHEANETER J. BOGAN                                                                              PLAINTIFF

V.                                                           CIVIL ACTION NO. 1:14-CV-225-SA-DAS

MTD CONSUMER GROUP, INC.                                                            DEFENDANT

ORDER

For the reasons fully articulated in this Court's Memorandum Opinion issued this day, Defendant's renewed Motion for Judgment as a Matter of Law is hereby DENIED [101]. Plaintiff's Motion to Alter or Amend so as to Award Back Pay [99] is DENIED as well. Plaintiff's Motion to Alter or Amend as to Award Reinstatement or, Alternatively, Front Pay [97] is also DENIED.

It is SO ORDERED this the 18th day of September 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE