IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHEANETER J. BOGAN                                                                    PLAINTIFF

V.                                                        CIVIL ACTION NO.: 1:14-cv-225-SA-DAS

MTD CONSUMER GROUP, INC.                                                     DEFENDANT

ORDER

For the reasons fully articulated in the Court's Memorandum Opinion issued this day, Plaintiff's Motion for Attorney's Fees, Costs and Expenses is GRANTED, but not to the extent requested. Pursuant to the proper application of the *Johnson* factors, such as the awards granted in similar cases, and in consideration of the limited success obtained by the Plaintiff, the lodestar requested shall be reduced by 75%, resulting in a grant of $17,873.44 in attorneys' fees. Furthermore, Plaintiff is awarded costs of $5,720.

SO ORDERED this the 3rd day of January 2018.

/s/ Sharion Aycock_____
UNITED STATES DISTRICT JUDGE